No. 12–779. RYAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–781. CARVER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–787. MINOR *v.* UNITED STATES; and
No. 12–7995. TEEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 691 F. 3d 578.

No. 12–788. HEKYONG PAK *v.* RIDGELL ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–790. PFLUGER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–791. CLANTON *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 12–796. TAYLOR *v.* HARBOUR POINTE HOMEOWNERS ASSN. ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–810. BRENNAN *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 12–817. SCRUGGS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–819. JIMENEZ *v.* SUN LIFE ASSURANCE COMPANY OF CANADA. C. A. 5th Cir. Certiorari denied.

No. 12–825. STRAUSBAUGH *v.* GOVERNMENT PRINTING OFFICE. C. A. Fed. Cir. Certiorari denied.

No. 12–827. HODGE-BANNERMAN *v.* AMERICAN BAR ASSN. Ct. App. D. C. Certiorari denied.

No. 12–833. COMPUTER PACKAGES, INC. *v.* WHITSERVE, LLC, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 12–834. CHUANG *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.